# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00395-CV

### J. C., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
NO. 51642, THE HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellant J.C. filed her notice of appeal on June 28, 2022. The appellate record was complete on July 21, 2022, making appellant's brief due on August 8, 2022. On August 5, 2022, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion in part and order Nina Sanchez Willis to file appellant's brief no later than August 29, 2022. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on August 17, 2022.

Before Justices Goodwin, Baker, and Kelly